IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALTR SOLUTIONS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| IMMUTA INC., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff ALTR Solutions, Inc. ("ALTR" or "Plaintiff") files this Complaint for Patent Infringement against Immuta Inc. ("Immuta" or "Defendant"), alleging as follows:

## PARTIES

1.      Plaintiff ALTR is a corporation organized and existing under the laws of the State of Delaware, with a principal place of business located in Austin, Texas.  ALTR is the owner of the Patents-in-Suit in this action.

2.      Defendant Immuta is a Delaware corporation having a principal place of business in Boston, Massachusetts.  It was incorporated in the State of Delaware on or about September 8, 2014.  Its registered agent is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

## JURISDICTION AND VENUE

3.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 100, et *seq*.

4.      As such, this is a civil action arising under the Constitution, laws, or treaties of the United States and a civil action arising under any Act of Congress relating to patents, and

this Court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over the Immuta because it is a Delaware corporation.

6.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1) and 1400(b) at least because Immuta is a Delaware corporation and therefore resides in Delaware.

## **GENERAL ALLEGATIONS**

7.     ALTR is a global leader in data governance and security.  ALTR provides a cloud-native data security and governance platform designed to help organizations protect sensitive data, control access, and maintain compliance across modern data environments.  Its patented innovations as unified SaaS platforms enables companies to secure, govern, and monitor sensitive data such as PII, PCI, and PHI across cloud and on-premises databases; automate data access policies and enforcement centrally, reducing manual coding and complexity; mask, tokenize, or encrypt sensitive fields to protect data while preserving usability; and gain real-time visibility into database activity, spotting anomalous usage and unauthorized access.  Its innovative solutions have been recognized by various media outlets as having a "leadership position" in its segment.  *See* ALTR: Bringing Data Access Governance and Data Security Together, available at intellyx.com.

8.     On October 5, 2021, the USPTO duly and lawfully issued U.S. Patent No. 11,138,330 (the "'330 Patent"), titled "FRAGMENTING DATA FOR THE PURPOSES OF PERSISTENT STORAGE ACROSS MULTIPLE IMMUTABLE DATA STRUCTURES." A true and correct copy of the '330 Patent is attached hereto as Exhibit A.

9.      On April 22, 2025, the USPTO duly and lawfully issued U.S. Patent No. 12,282,466 (the "'466 Patent"), titled "COMMUNICATING FIRE-GRAINED APPLICATION DATABASE ACCESS TO A THIRD PARTY AGENT."  A true and correct copy of the '466 Patent is attached hereto as Exhibit B.

10.     On November 18, 2025, the USPTO duly and lawfully issued U.S. Patent No. 12,476,820 (the "'820 Patent"), titled "USING A TREE STRUCTURE TO SEGMENT AND DISTRIBUTE RECORDS ACROSS ONE OR MORE DECENTRALIZED, ACYCLIC GRAPHS OF CRYPTOGRAPHIC HASH POINTERS."  A true and correct copy of the '820 Patent is attached hereto as Exhibit C.

11.     ALTR is the owner of all right, title and interest in the '330 Patent, the '466 Patent, and the '820 Patent.  ALTR has right to enforce the patents-in-suit.

12.     The '330 Patent, the '466 Patent, and the '820 Patent are at times referred to herein as the Asserted Patents.

13.     ALTR is in compliance with the marking statute, 35 U.S.C. § 287.  ALTR is in compliance with the marking statute at least because it maintains a public web address identifying the Asserted Patents at https://altr.com/patent-marking/.

**IMMUTA'S INFRINGING CONDUCT**

14.     Immuta makes, uses, sells, offers for sale and/or imports into the United States systems and methods that infringe each of the Asserted Patents.

15.     Immuta offers the Immuta Platform.  The Immuta Platform employs a combination of client and server hardware and software components enabling the accused product/service to operate, including but not limited to servers, server software, web-based client software, and other computer systems and components collectively referred to herein as the

"Immuta System." Immuta directly infringes the method claims of the Asserted Patents when it makes, uses, sells, and/or offers to sell the Immuta System.

16.     The platform is marketed to its customers as employing the Immuta System and providing "[o]ne platform to optimize how you access and control data." The platform is marketed as having the ability to "[i]dentify sensitive data, enable access, and automatically enforce policy on all of it – no matter where it lives." This is a technique that Immuta promotes as being a "centralized hub that makes it easy for data producers to publish data assets, quick for users to find them, and simple for data stewards and governors to authorize access." Immuta.com/products (last accessed Dec. 26, 2025).

17.     In furtherance of the above, Immuta makes available the Immuta Platform employing the Immuta System to at least its customers. Immuta's machine readable media storing instructions when executed effectuate operations as claimed in the Asserted Patents. For instance, Immuta's System has at least two deployments: cloud-based SaaS environment or customer managed software. An Immuta System Query Engine sits between the client applications and back-end sources and modifies responses to requests to a database by changing values and returning those changed values to the user of the database according to data governance policies in a manner that infringes one or more of the Asserted Patents. The Immuta Platform employing the Immuta System uses a user agent string to identify a user or device associated with a request and based on implementation of policy based rules that determines permissions based on that user agent string for read, write, or return permissions in particular databases or various portions of a database information in a manner that infringes one or more of the Asserted Patents. The Immuta Platform employing the Immuta System uses a user identifier to identify an identity of a requester and compares it to prior requests by that requester, and employ access control rules to obfuscate

data returned from the databased according to a policy, and monitoring the frequency and duration of requests by a user within a particular timeframe in a manner that infringes one or more of the Asserted Patents.

18.     Immuta's techniques have rapidly increased the value of the company. Immuta reports that since its founding in 2015, it had raised $267 million in funding through a 2022 Series E founding round, with additional amounts not publicly disclosed. https://www.immuta.com/blog/series-e-funding-announcement/.

19.     Immuta's infringement described herein is direct, contributory and induced. In all cases, the infringement is knowing and willful. The Immuta System is made, sold, offer for sale, imported, and used by Immuta in a manner that falls within the scope of at least one claim of each of the Asserted Patents and through which Immuta derives substantial revenue. Immuta's customers are induced to use the Immuta System in a manner that falls within the scope of at least one claim of each of the Asserted Patents, such used induced by Immuta through instructions to employ the Immuta System in an infringing manner. The Immuta system is employed by its customers and third parties as a component of an infringing system that falls within the scope of at least one claim of each of the Asserted Patent, and is not a staple of commerce.

**IMMUTA'S KNOWLEDGE AND WILLFUL CONDUCT**

20.     All infringing acts described herein are knowing and willful. Matthew Carroll, the Chief Executive Officer of Immuta, acting on behalf of Immuta, contacted James Beecham, the founder and CEO of ALTR, via LinkedIn to attempt to acquire ALTR itself and its intellectual property. Immuta sent the letter to ALTR using LinkedIn's direct messaging function. Mr. Carroll indicated a desire to acquire ALTR and its solutions. He indicated that his "team" "really likes" the solutions that ALTR has produced. According to Immuta, use of the ALTR

solutions would allow Immuta to have its functionality operable quicker, and Immuta saw "clear alignment" between Immuta's needs and ALTR's existing technology. As such, Immuta sought to acquire ALTR and its intellectual property, offering ALTR's CEO "an exit," that is, a substantial payment in consideration of a transaction that allowed for Immuta's use of ALTR's intellectual property, *e.g.*, acquisition. This proposed acquisition would further be used to make already-existing copying unlikely to be recognized or litigated. This letter is attached as Exhibit D.

> James, I do not believe we have connected before. But, I wanted to reach out to see if you'd be open for a chat. Immuta is about to go through a couple of defining decisions for our business. First, we are going to go all in on building out a larger Data Security Platform as Gartner will release a quadrant at the end of the year. The second is we will be modularizing our platform for a multi-SKU approach, much like Crowdstrike did. So what? The bottom line, I need to get what we will call Detect out the door faster. We need more innovative alerting for our G2000 type customers who are scaling on multi-compute faster than we expected. My team really likes the way you have built thresholds and what we believe is a clear alignment on an open design model, e.g. connections into the ELT layer and data intelligence layer. I am not sure you all are looking for an exit. No one is ever really looking I suppose. But I'd love to have a conversation if you'd be open to it. r/, Matt

21.    Upon information and belief, Immuta studied ALTR's platform to understand its function.

22.    Upon information and belief, Immuta copied ALTR's solutions and implemented them in its infringing platform.

23.    Upon information and belief, multiple people acting on behalf of Immuta – indicated at least by Mr. Carroll's use of "my team" – reviewed ALTR's solutions, platform, and/or written evidence of its intellectual property, including review of ALTR's publicly available website identifying the Asserted Patents.

24.     Upon information and belief Immuta reviewed ALTR's intellectual property, including at least ALTR's patents including one or more of the Asserted Patents identified herein and/or patents and applications within the family of the Asserted Patents.

25.     Upon information and belief, Immuta attempted to acquire ALTR and its intellectual property both to obtain a license to or ownership of intellectual property it was already infringing and to allow for future exploitation of intellectual property.

26.     Immuta obtained further awareness of ALTR through participation in a small market.  The two companies operate in similar markets, offer solutions that are often compared to each other, and third parties compare solutions from different entities. For example, below is a comparison chart created by third party SourceForge comparing ALTR with Immuta and another third party product:



https://sourceforge.net/software/compare/ALTR-vs-Azure-Purview-vs-Immuta/     (last   accessed Dec. 30, 2025).  This comparison ability is provided by other third parties including SlashDot.  *See, e.g.*,  https://slashdot.org/software/comparison/ALTR-vs-Immuta/  (last  accessed  Dec.  30,  2025).

Gartner produces a Market Guide for the market.  In its March 2025 edition, it identifies ALTR and Immuta as Data Security Platform vendors.  Immuta is aware of and reviews Gartner's publications, as indicated at least by Mr. Carroll's citing Gartner's publications in his correspondence with Mr. Beecham.  *See supra* at ¶ 20 and Ex. D ("First, we are going to go all in on building out a larger Data Security Platform as Gartner will release a quadrant at the end of the year.").



https://www.gartner.com/doc/reprints?id=1-2KNMCAMK&ct=250331&st=sb     (last     accessed Dec. 30, 2025).

27.     Because of the size of the industry, the common identification as fellow market participants, ALTR's public display of its patents through its website, the public availability of patents, industry publications that are reviewed by Immuta that identify the two entities and their offerings, and Immuta's admission that it studies ALTR and ALTR's solutions, Immuta has obtained pre-suit knowledge of the Asserted Patents.

28.     Immuta has had pre-suit knowledge of each of the Asserted Patents.

29.     Immuta has had knowledge of each of the Asserted Patents at least as of the date of service of this Complaint.

30.     Immuta has had pre-suit knowledge of each of the infringements described herein.

31.     Immuta has had knowledge of each of the infringements described herein at least as of service of this Complaint.

32.     All of Immuta's infringement described herein is knowing and willful.  In the alternative, all of Immuta's infringement described herein is with reckless disregard of infringing one or more claims of the Asserted Patents.

<u>**COUNT I**</u>
<u>**INFRINGEMENT OF U.S. PATENT NO. 11,138,330**</u>

33.     ALTR incorporates by reference and realleges each of the allegations set forth in Paragraph 1-32 above.

34.     Immuta knowingly and intentionally has infringed and continues to infringe the '330 Patent under 35 U.S.C. §271(a) through, for example, its Immuta Platform employing the Immuta System.

35.     For example, as set forth in the claim chart below, the Immuta Platform infringes at least Claim 1 of the '330 Patent.

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| **1.0**<br>A tangible, non-transitory, machine-readable medium storing instructions that when executed by one or more | The Immuta System components are stored on tangible, non-transitory machine-readable media, such as computer memory, storage drives, or servers, within Immuta's cloud-hosted SaaS environment or customer-managed infrastructure.  When executed by processors, these instructions perform the described query interception, transformation, and masking/unmasking operations for managing sensitive data access. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| processors effectuate operations comprising: | <br>*See, e.g.*, https://www.immuta.com/product/ (Accessed 4/8/2025)<br><br>*See, e.g.*, https://documentation.immuta.com/SaaS/configuration/application-configuration/reference-guides/deployment-options (accessed 4/8/2025) |
| **1.1**<br>obtaining a security driver configured to interface with a database driver and applications compatible with the database driver, wherein: | The Immuta System includes the Immuta Query Engine, which is a proxy that sits between client applications and backend data sources, and is required by Immuta to be enabled under certain use conditions. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | **Enabling Legacy Query Engine and Fingerprint**<br><br>The query engine and fingerprint services are no longer installed by default. This guide demonstrates how to enable the query engine and fingerprint services using the Immuta Enterprise Helm chart (IEHC).<br><br>If you are using any of the data platforms below, you must enable the query engine:<br><br>• Amazon Redshift<br>• Azure Synapse Analytics<br>• Google BigQuery<br>• Any legacy database<br><br>*See, e.g.,* https://documentation.immuta.com/2024.2/self-managed-deployment/configure/enabling-legacy-query-engine-and-fingerprint (accessed 4/8/2025)<br>The Query Engine is configured to interface with Open Database Connectivity (ODBC) drivers and applications compatible with the database driver through the ODBC driver.<br><br>Content Summary: The Immuta Web Service and Query Engine use ODBC drivers to communicate with back end storage technologies. Immuta deployments only include a few ODBC drivers that Immuta is able to distribute. All other drivers that are not redistributable must be obtained and deployed by a System Administrator before Data Owners can use the corresponding data source types in Immuta.<br><br>*See, e.g.,* https://web.archive.org/web/20220523171810/https:/documentation.immuta.com/2022.1/1-installing-and-configuring/odbc-drivers/ (accessed 4/8/2025) |
| **1.1(a)**<br>the database driver includes an application programming interface (API) configured to receive database requests in a schema of the API by which applications request to write data to or read data from a database, | The Immuta System includes a number of ODBC drivers, which include an API configured to receive read and write requests.  It is through these read/write requests that the Immuta System requests to write data or read data from back end storage technologies.<br><br>Content Summary: The Immuta Web Service and Query Engine use ODBC drivers to communicate with back end storage technologies. Immuta deployments only include a few ODBC drivers that Immuta is able to distribute. All other drivers that are not redistributable must be obtained and deployed by a System Administrator before Data Owners can use the corresponding data source types in Immuta.<br><br>*See, e.g.,* https://web.archive.org/web/20220523171810/https:/documentation.immuta.com/2022.1/1-installing-and-configuring/odbc-drivers/#freetds (accessed 4/8/2025) (ODBC Drivers included with Immuta are listed as follows: Amazon Athena, Azure Synapse Analytics, Databricks, Elastic, Greenplum, MariaDB, Microsoft SQL Server, PostgreSQL, Redshift, and Snowflake) |

| # Asserted Claim Element | Infringing Elements |
|---|---|
| | *See, e.g.*, https://docs.aws.amazon.com/athena/latest/APIReference/Welcome.html (Amazon Athena API) (accessed 4/8/2025) *See, e.g.*, https://learn.microsoft.com/en-us/rest/api/synapse/ (Azure Synapse Analytics API) (accessed 4/8/2025) *See, e.g.*, https://docs.databricks.com/api/workspace/introduction (Databricks API) (accessed 4/8/2025) *See, e.g.*, https://www.elastic.co/guide/en/elasticsearch/reference/current/rest-apis.html (Elasticsearch API) (accessed 4/8/2025) *See, e.g.*, https://techdocs.broadcom.com/us/en/vmware-tanzu/data-solutions/tanzu-greenplum/5/greenplum-database/ref_guide-ref_guide.html (Greenplum API) (accessed 4/8/2025) *See, e.g.*, https://mariadb.com/docs/server/connect/programming-languages/nodejs/ (MariaDB API) (Accessed 4/8/2025) *See, e.g.*, https://learn.microsoft.com/en-us/rest/api/sql-server-reporting/ (Microsoft SQL Server API) (accessed 4/8/2025) *See, e.g.*, https://postgrest.org/ (PostgreSQL API) (accessed 4/8/2025) *See, e.g.*, https://docs.aws.amazon.com/redshift-data/latest/APIReference/Welcome.html (Amazon Redshift API) (accessed 4/8/2025) *See, e.g.*, https://docs.snowflake.com/en/developer-guide/sql-api/reference (Snowflake SQL API) (accessed 4/8/2025) |
| **1.1(b)** the database driver reads data from the database responsive to a read request in the schema of the API, and | In the Immuta System, the ODBC driver used by the Immuta Query Engine reads data from the underlying database in response to a transformed read request. Content Summary: The Immuta Web Service and Query Engine use ODBC drivers to communicate with back end storage technologies. Immuta deployments only include a few ODBC drivers that Immuta is able to distribute. All other drivers that are not redistributable must be obtained and deployed by a System Administrator before Data Owners can use the corresponding data source types in Immuta. *See, e.g.*, https://web.archive.org/web/20220523171810/https://documentation.immuta.com/2022.1/1-installing-and-configuring/odbc-drivers/ (accessed 4/8/2025) The Immuta System uses the ODBC driver to read data from the database in response to a read request from the driver API. The access pattern for the Immuta System includes the execution of a SQL SELECT statement against an Immuta virtual table, as well as a query conversion to the native database syntax. A SQL SELECT statement constitutes a standard read request in the schema of the API exposed by the Immuta |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | Query Engine. When a user issues a SELECT query, it directs the system to retrieve data from the underlying database, thereby initiating a read operation that is subsequently executed by the database driver. Additionally, upon execution of the rewritten query, Immuta relies on one or more database drivers to establish a connection to the underlying database and retrieve the result set. These drivers function as the mechanism through which the system accesses and reads data from the remote database in response to a query originally issued in the API schema exposed by the Immuta Query Engine.<br><br><br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025) |
| **1.1(c)**<br>the database driver writes data to the database responsive to a write request in the schema of the API; | The Immuta System supports write operations through its SQL interface, which may be issued by users through the same PostgreSQL-compatible API exposed by the Immuta Query Engine. After the query is rewritten and transformed based on applicable policies, Immuta forwards the write request to the underlying database system. This execution is carried out via a database driver which is responsible for submitting the write operation to the remote system in native SQL syntax. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | **SQL Connection Use**<br><br>Data Sources<br><br>Once subscribed to a data source, one of the mechanisms the user has for accessing data in that source is the Immuta SQL connection. The connection is a regular PostgreSQL connection, and the data sources look like PostgreSQL tables, but these tables abstract the true underlying database technology, allowing users to visit a single place for all of their data. However, the data still resides in its original location, not within Immuta. When a user queries the Immuta database, the query is transformed to sync with the underlying storage technology (e.g., Oracle, MSSQL, etc.) for any data source. When the data is returned from the original location, Immuta applies policies based on the querying user's attributes and forwards the data on to that user.<br><br>*See, e.g.,* https://web.archive.org/web/20220524191200/https://documentation.immuta.com/2022.1/prologue/about-immuta-platform/data-access-patterns/sql/ (accessed 4/8/2025)<br>Accordingly, the database driver in the Immuta system performs write operations on the backend database in response to write requests issued in the schema of the API.<br><br>5. The query is converted to the native database syntax and executed as a query on the native database.<br><br>&bull; The query on the native database is executed **using the credentials used to create the data source.**<br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025)<br><br>Content Summary: The Immuta Web Service and Query Engine use ODBC drivers to communicate with back end storage technologies. Immuta deployments only include a few ODBC drivers that Immuta is able to distribute. All other drivers that are not redistributable must be obtained and deployed by a System Administrator before Data Owners can use the corresponding data source types in Immuta.<br><br>*See, e.g.,* https://web.archive.org/web/20220523171810/https://documentation.immuta.com/2022.1/1-installing-and-configuring/odbc-drivers/ (accessed 4/8/2025) |
| **1.2**<br>registering the security driver to receive database requests in the schema of the API from an application | When a user authenticates to the Immuta Query Engine using their Immuta SQL credentials, the system establishes a connection session through the standard SQL interface exposed by the Query Engine. This authentication step registers the Immuta Query Engine—functioning as a security driver—to receive subsequent database requests from the user. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| compatible with the database driver; | **Immuta SQL Access Pattern**<br><br>SQL Access Pattern<br><br>1. User authenticates to the Immuta Query Engine with their Immuta SQL credentials.<br><br>*See, e.g.,*<br>https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025) |
| **1.3**<br><br>receiving the database requests in the schema of the API from the application, at least some of the database requests being passed to the database driver in the schema of the API; | The Immuta System receives database requests from the application in the schema of its PostgreSQL-compatible API.<br><br>**SQL Connection Use**<br><br>Data Sources<br><br>Once subscribed to a data source, one of the mechanisms the user has for accessing data in that source is the Immuta SQL connection. The connection is a regular PostgreSQL connection, and the data sources look like PostgreSQL tables, but these tables abstract the true underlying database technology, allowing users to visit a single place for all of their data. However, the data still resides in its original location, not within Immuta. When a user queries the Immuta database, the query is transformed to sync with the underlying storage technology (e.g., Oracle, MSSQL, etc.) for any data source. When the data is returned from the original location, Immuta applies policies based on the querying user's attributes and forwards the data on to that user.<br><br>*See, e.g.,*<br>https://web.archive.org/web/20220524191200/https://documentation.immuta.com/2022.1/prologue/about-immuta-platform/data-access-patterns/sql/ (accessed 4/8/2025)<br>These requests are expressed in standard SQL syntax and issued as if directed to a conventional database, such as a SQL SELECT statement.<br><br>**Immuta SQL Access Pattern**<br><br>SQL Access Pattern<br><br>1. User authenticates to the Immuta Query Engine with their Immuta SQL credentials.<br><br>2. User executes a SQL SELECT statement against an Immuta virtual table.<br><br>*See, e.g.,*<br>https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025)<br>The Query Engine processes each request, applies policy transformations where applicable, and forwards at least some of the requests—now rewritten but still in the same API schema—to the underlying database via the database driver.  This demonstrates that the system receives database requests in the API schema and passes them on, in that same schema, to the database driver for execution. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | 5. The query is converted to the native database syntax and executed as a query on the native database.<br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025) |
| **1.4**<br>obtaining a policy by which access to at least some data within the database is controlled; | The Immuta System obtains policy information to control access to data within the database by querying the Immuta policy service at runtime. Upon receiving a user query, the Immuta System contacts the Immuta service to determine the applicable policy decision, including which rows should be filtered, columns masked, or queries denied.  These policies are pre-defined by data owners or governors and are enforced dynamically based on user identity, attributes, and context.  This step constitutes the system obtaining a policy by which access to at least some data within the database is controlled.<br><br>3. Immuta code in the Query Engine checks with the Immuta service to determine the policy decision (can the user query this table, what rows should be hidden, columns masked, etc).<br>• Immuta manages the subscription; the user **does not** need to have access to the data outside of Immuta.<br>• User attributes from the identity management system used to make the policy decision are cached for the configured latency tolerance on the data source.<br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025); *see, e.g.,* https://web.archive.org/web/20220524191200/https://documentation.immuta.com/2022.1/prologue/about-immuta-platform/data-access-patterns/sql/ (accessed 4/8/2025) ("Immuta applies policies based on the querying user's attributes and forwards the data on to that user.") |
| **1.5**<br>modifying, in association with a received read request in the database requests that comprises a statement by which records within the database that satisfy certain criteria are | The Immuta Query Engine of the Immuta System intercepts and rewrites the query based on policy decisions obtained from the Immuta service. These policies may include column masking, row filtering, or external masking logic. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| selected, a subset of data associated with the records responsive to applying the policy, wherein applying the policy comprises identifying the subset of data based on the policy and changing values in the subset of data to generate a modified subset of data; and | 3. Immuta code in the Query Engine checks with the Immuta service to determine the policy decision (can the user query this table, what rows should be hidden, columns masked, etc.).<br><br>  • Immuta manages the subscription; the user **does not** need to have access to the data outside of Immuta.<br>  • User attributes from the identity management system used to make the policy decision are cached for the configured latency tolerance on the data source.<br><br>4. The original query is rewritten based on the policy decision.<br><br>5. The query is converted to the native database syntax and executed as a query on the native database.<br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025)<br><br>Immuta identifies the relevant subset of data—such as a particular column or set of rows—based on the applied policy, and modifies that data either by rewriting the SQL query to change what is selected or by transforming the results as they are streamed back.  This constitutes modifying a subset of data associated with the selected records, responsive to applying the policy, and changing the values in that subset to generate a policy-compliant modified result.<br><br>Overview<br><br>Once a user is subscribed to a data source, the Data Policies that are applied to that data source determine what data the user sees. Data Policy types include masking, row redaction, differential privacy, and limiting to purpose.<br><br>*See, e.g.,* https://web.archive.org/web/20220524195738/https://documentation.immuta.com/2022.1/appendix/policies/data-policies/#masking-policies (accessed 4/8/2025) |
| **1.6**<br><br>returning, to the application, responsive to the read request, a response including the modified subset of data in place of the subset of data within the records. | The Immuta System returns the query results to the requesting application through the same SQL interface used to issue the request after modifying the query based on the policy.<br><br>6. Results are streamed back to the user through the Immuta Query Engine.<br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025)<br><br>The returned data reflects the policy-enforced modifications: for example, values in masked columns are replaced with hashed values, constants, or nulls, depending on the policy applied.  These modified values replace the original values in the corresponding subset of the data records, such that the application receives a result set that includes the |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | modified subset in place of the sensitive subset, in direct response to the read request.<br><br>**Overview**<br>Once a user is subscribed to a data source, the Data Policies that are applied to that data source determine what data the user sees. Data Policy types include masking, row redaction, differential privacy, and limiting to purpose.<br><br>*See, e.g.,*<br>https://web.archive.org/web/20220524195738/https://documentation.immuta.com/2022.1/appendix/policies/data-policies/#masking-policies (accessed 4/8/2025) |

36.     Immuta is liable under 35 U.S.C. § 271(b) for actively inducing others to infringe the '330 Patent because, among other things, Immuta has marketed, sold, and offered for sale, and continues to market, sell and offer for sale, the accused Immuta Platform knowing and intending that such platform would be utilized by its customers and third parties in a manner that infringes at least claim 1 of the '330 Patent.   To that end, Immuta provided and provides instructions and information, including demonstrations, how-to guides, live demonstrations, documentation, and customer support for customers and third-party users of the Immuta Platform to use and implement the accused platform in an infringing manner.



*See* Immuta.com (last accessed December 23, 2025).

37.     Immuta is liable for contributory infringement under 35 U.S.C. § 271(c), because among other things, Immuta has sold or offered to sale, and continues to sell and/or offer for sale within the United States and/or has imported into the United States the accused Immuta Platform and components thereof constituting material parts of the invention of at least claim 1 of the '330 Patent, that are not staple articles or commodities of commerce suitable or substantial non-infringing use.  Immuta has acted, and continues to act, knowing that the accused Platform and components thereof are especially made for or adapted for use in an infringing manner of the '330 Patent.  Customers and users have completed larger systems integrating the accused platform in a manner that infringes the '330 Patent.

38.     Immuta had pre-suit knowledge of the '330 Patent at least because of the facts described above.  *See supra*, at ¶¶ 20-32.  Immuta has had knowledge of the '330 Patent at least as of the date of service of this Complaint.

39.     As a direct and proximate result of Immuta's acts of infringement, Immuta has derived and received gains, profits, and advantages.  ALTR has been damaged by Immuta's activities, in an amount to be determined at trial, but in no event less than a reasonable royalty.

40.     Immuta's infringement has been and is willful.  Pursuant to 35 U.S.C. § 284, ALTR is entitled to damages for Immuta's infringing acts and treble damages together with interests, fees and costs as fixed by this Court.

41.     This is an exceptional case.  Pursuant to 35 U.S.C. § 285, ALTR is entitled to recover its reasonable attorneys' fees.

42.     Due to the described infringing acts, ALTR has suffered irreparable injury, for which there is no adequate remedy at law.

43.     Unless enjoined by this Court, Immuta will continue to infringe ALTR's patent rights and cause ALTR furth irreparable injury.

## COUNT II
## INFRINGEMENT OF U.S. PATENT NO. 12,282,466

44.     ALTR incorporates by reference and realleges each of the allegations set forth in Paragraph 1-43 above.

45.     Immuta knowingly and intentionally has infringed and continues to infringe the '466 Patent under 35 U.S.C. § 271(a) through, for example, its Immuta Platform employing the Immuta System.

46.     For example, as set forth in the claim chart below, the Immuta Platform infringes at least Claim 1 of the '466 Patent.

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| **1.0**<br>A tangible, non-transitory, machine-readable medium storing instructions that when executed by one or more processors effectuate operations comprising: | The Immuta System components are stored on tangible, non-transitory machine-readable media, such as computer memory, storage drives, or servers, within Immuta's cloud-hosted SaaS environment or customer-managed infrastructure.  When executed by processors, these instructions perform the described query interception, transformation, and masking/unmasking operations for managing sensitive data access. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | <br>*See* e.g., https://www.immuta.com/product/ (Accessed 4/8/2025)<br><br>*See, e.g.,*<br>https://documentation.immuta.com/SaaS/configuration/application-configuration/reference-guides/deployment-options (accessed 4/8/2025) |
| **1.1**<br>registering a security driver to receive database requests generated by an application compatible with a database driver, the security driver obtaining a | The Immuta System includes the Immuta Query Engine, which is a proxy that sits between client applications and backend data sources, and is required by Immuta to be enabled under certain use conditions. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| database request generated by the application; | <br>*See, e.g.,* https://documentation.immuta.com/2024.2/self-managed-deployment/configure/enabling-legacy-query-engine-and-fingerprint (accessed 4/8/2025)<br>The Immuta System's Query Engine functions as a security driver by interposing itself between client applications and backend databases. It is registered to receive SQL database requests generated by applications that are compatible with standard database drivers (e.g., PostgreSQL, ODBC, JDBC). Applications communicate with the Immuta Query Engine using a PostgreSQL-compatible SQL interface, without needing to modify their drivers or configurations, indicating compatibility with standard database drivers.<br><br>*See, e.g.,* https://web.archive.org/web/20220523171810/https://documentation.immuta.com/2022.1/1-installing-and-configuring/odbc-drivers/ (accessed 4/8/2025)<br>Once registered in the query path, the Immuta Query Engine receives and processes each incoming database request for policy enforcement and possible transformation. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | Immuta SQL Access Pattern<br><br>SQL Access Pattern<br><br>1. User authenticates to the Immuta Query Engine with their Immuta SQL credentials.<br><br>2. User executes a SQL SELECT statement against an Immuta virtual table.<br><br>3. Immuta code in the Query Engine checks with the Immuta service to determine the policy decision (can the user query this table, what rows should be hidden, columns masked, etc).<br><br>  • Immuta manages the subscription; the user **does not** need to have access to the data outside of Immuta.<br><br>  • User attributes from the identity management system used to make the policy decision are cached for the configured latency tolerance on the data source.<br><br>4. The original query is rewritten based on the policy decision.<br><br>5. The query is converted to the native database syntax and executed as a query on the native database.<br><br>  • The query on the native database is executed **using the credentials used to create the data source.**<br><br>  • **The user and query are fully audited in Immuta.**<br><br>6. Results are streamed back to the user through the Immuta Query Engine.<br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025) |
| **1.2**<br>detecting, by the security driver, a user agent string appended to the database request, the user agent string including at least one identifier indicative of a user of the application or a client executing the application; | The Immuta Query Engine, functioning as the security driver, receives database requests that include identifying values appended to the request. These values are used by Immuta to enforce policies tied to specific users or clients. The Query Engine inspects these identifiers upon receipt of the request and uses them to determine the applicable access control or masking policies. The identifiers are included in the database request and are parsed and acted upon by the Query Engine.<br>*See, e.g.,* https://web.archive.org/web/20220524191200/https://documentation.immuta.com/2022.1/prologue/about-immuta-platform/data-access-patterns/sql/ (accessed 4/8/2025) ("When data is returned from the original location, Immuta applies policies based on the querying user's attributes and forwards the data on to that user.")<br><br>Matching<br><br>These policies match a user attribute with a row/object/file attribute to determine if that row/object/file should be visible. This process uses a direct string match, so the user attribute would have to match exactly the data attribute in order to see that row of data.<br><br>*See, e.g.,* https://web.archive.org/web/20220524195738/https://documentation.im |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | muta.com/2022.1/appendix/policies/data-policies/#masking-policies (accessed 4/8/2025)<br><br>2. User executes a SQL SELECT statement against an Immuta virtual table.<br><br>3. Immuta code in the Query Engine checks with the Immuta service to determine the policy decision (can the user query this table, what rows should be hidden, columns masked, etc).<br>• Immuta manages the subscription; the user **does not** need to have access to the data outside of Immuta.<br>• User attributes from the identity management system used to make the policy decision are cached for the configured latency tolerance on the data source.<br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025) |
| **1.3**<br>obtaining, by the security driver, a policy by which access to a portion of data within a database arrangement by the application is governed for different users or client devices to permit at least one user or client device access to the portion of data and deny at least one user or computing device access to the portion of data; | The Immuta Query Engine, operating as the security driver, obtains policies that govern access to specific data for different users or client devices. These policies explicitly specify which users or clients may access a given portion of data and which are denied access. The policy may permit access to a sensitive while denying access to that same field for users outside the group. Immuta obtains and evaluates these policies at query time through the policy service, based on the requesting user's identity or context, and applies the rules accordingly.<br><br>3. Immuta code in the Query Engine checks with the Immuta service to determine the policy decision (can the user query this table, what rows should be hidden, columns masked, etc).<br>• Immuta manages the subscription; the user **does not** need to have access to the data outside of Immuta.<br>• User attributes from the identity management system used to make the policy decision are cached for the configured latency tolerance on the data source.<br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025); *see, e.g.,* https://web.archive.org/web/20220524191200/https://documentation.immuta.com/2022.1/prologue/about-immuta-platform/data-access-patterns/sql/ (accessed 4/8/2025) ("Immuta applies policies based on the querying user's attributes and forwards the data on to that user.")<br><br>Data Policies<br><br>**Audience**: Data Owners and Governors<br><br>**Content Summary**: Data Policies in Immuta are managed and applied to data sources and projects by Data Owners and Governors to restrict access to data. Data Policies can be created both as Global Policies and Local Policies. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | *See, e.g.,*<br>https://web.archive.org/web/20220524195738/https://documentation.immuta.com/2022.1/appendix/policies/data-policies/#masking-policies (accessed 4/8/2025) |
| **1.4**<br>determining, by the security driver, based on the obtained policy and the identifier included in the user agent string, whether the user of the application or the client executing the application is permitted or denied access to the portion of data within the database arrangement; | The Immuta System determines whether a user is permitted or denied access to a portion of data by evaluating the user identifier included in the request against the policy retrieved from the Immuta policy service. This identity-based decision occurs for each query. The Query Engine uses the identity or group of the querying user to determine whether the user should receive access to the actual value, a masked value, or no value.<br><br>3. Immuta code in the Query Engine checks with the Immuta service to determine the policy decision (can the user query this table, what rows should be hidden, columns masked, etc).<br>• Immuta manages the subscription; the user **does not** need to have access to the data outside of Immuta.<br>• User attributes from the identity management system used to make the policy decision are cached for the configured latency tolerance on the data source.<br><br>*See, e.g.,*<br>https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025); *See e.g.,*<br>https://web.archive.org/web/20220524191200/https://documentation.immuta.com/2022.1/prologue/about-immuta-platform/data-access-patterns/sql/ (accessed 4/8/2025) ("Immuta applies policies based on the querying user's attributes and forwards the data on to that user.")<br><br>Data Policies<br><br>**Audience**: Data Owners and Governors<br><br>**Content Summary**: Data Policies in Immuta are managed and applied to data sources and projects by Data Owners and Governors to restrict access to data. Data Policies can be created both as Global Policies and Local Policies.<br><br>*See, e.g.,*<br>https://web.archive.org/web/20220524195738/https://documentation.immuta.com/2022.1/appendix/policies/data-policies/#masking-policies (accessed 4/8/2025) |
| **1.5**<br>determining, by the security driver, based on the obtained | The Immuta System determines, based on both the contents of the database request and the applicable policy, whether the request pertains to a restricted portion of the data. Upon receiving a database request, the Immuta Query Engine parses the structure of the request and evaluates this structure against stored policy definitions. These policies are scoped |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| policy and the database request, whether the database request indicates access pertaining to the portion of data within the database arrangement; | to specific portions of the database arrangement, often defined through metadata tagging or attribute-based conditions. The Immuta System determines whether the incoming request intersects with data governed by policy and, if so, whether the requesting user is entitled to access it.<br><br>3. Immuta code in the Query Engine checks with the Immuta service to determine the policy decision (can the user query this table, what rows should be hidden, columns masked, etc).<br><br>   • Immuta manages the subscription; the user **does not** need to have access to the data outside of Immuta.<br><br>   • User attributes from the identity management system used to make the policy decision are cached for the configured latency tolerance on the data source.<br><br>*See, e.g.*, https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025); *see, e.g.*, https://web.archive.org/web/20220524191200/https://documentation.immuta.com/2022.1/prologue/about-immuta-platform/data-access-patterns/sql/ (accessed 4/8/2025) ("Immuta applies policies based on the querying user's attributes and forwards the data on to that user.") |
| **1.6**<br>in response to determining that the user of the application or the client executing the application is denied access to the portion of data and the database request indicates access pertaining to the portion of data and access pertaining to other portions of data within the database arrangement, modifying, by the security driver, the database | The Immuta System, including the Query Engine and associated policy enforcement services, modifies database requests when it determines that a user or client is not permitted to access a portion of the data targeted by the request. When a single request involves both restricted and unrestricted portions of the database arrangement, the Immuta System rewrites the request to exclude access to the restricted portion while allowing access to the permissible portion.<br><br>3. Immuta code in the Query Engine checks with the Immuta service to determine the policy decision (can the user query this table, what rows should be hidden, columns masked, etc).<br><br>   • Immuta manages the subscription; the user **does not** need to have access to the data outside of Immuta.<br><br>   • User attributes from the identity management system used to make the policy decision are cached for the configured latency tolerance on the data source.<br><br>4. The original query is rewritten based on the policy decision.<br><br>*See, e.g.*, https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025)<br>This determination and modification are based on policies obtained and evaluated at runtime. The system modifies the request inline before execution, such as by removing protected columns, appending filtering conditions, or otherwise transforming the query to conform to policy. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| request to deny access to the portion of data while permitting access to the other portions of data, wherein the modifying comprises at least one of: | Consider the following Global Data Policies created by a Data Governor:<br><br>Data Policy 1: Mask columns tagged `PII` by making null for everyone on data sources with columns tagged `PII`<br><br>Data Policy 2: Mask columns tagged `PII.SSN` using hashing for everyone on data sources with columns tagged `PII.SSN`<br><br>**Row-Level Security Policies**<br><br>Video Tutorial: Row-level Security Policy<br><br>These policies hide entire rows or objects of data based on the policy being enforced; some of these policies require the data to be tagged as well.<br><br>*See, e.g.,* https://web.archive.org/web/20220524195738/https://documentation.immuta.com/2022.1/appendix/policies/data-policies/#masking-policies (accessed 4/8/2025)<br><br>*See, e.g.,* https://documentation.immuta.com/SaaS/configuration/application-configuration/reference-guides/masking-and-encryption (accessed 4/8/2025) ("Note that this is dynamic encryption of individual fields as results are streamed to the querying system; Immuta is not modifying records in the data store.") |
| **1.6(a)** modification of a write to exclude values to write within the portion of data without excluding values to write within the other portions of data within the database arrangement, | The Immuta System supports policy-based enforcement on write operations.  When a write request includes both governed (restricted) and unrestricted fields, the system applies masking or transformation logic to the restricted portion while permitting the remaining data to be written.<br><br>**Immuta SQL Access Pattern**<br><br>SQL Access Pattern<br><br>1. User authenticates to the Immuta Query Engine with their Immuta SQL credentials.<br><br>2. User executes a SQL SELECT statement against an Immuta virtual table.<br><br>3. Immuta code in the Query Engine checks with the Immuta service to determine the policy decision (can the user query this table, what rows should be hidden, columns masked, etc).<br><br>   • Immuta manages the subscription; the user **does not** need to have access to the data outside of Immuta.<br><br>   • User attributes from the identity management system used to make the policy decision are cached for the configured latency tolerance on the data source.<br><br>4. The original query is rewritten based on the policy decision.<br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025) |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | **Data Policies**<br><br>**Audience**: Data Owners and Governors<br><br>**Content Summary**: Data Policies in Immuta are managed and applied to data sources and projects by Data Owners and Governors to restrict access to data. Data Policies can be created both as Global Policies and Local Policies.<br><br>**Overview**<br><br>Once a user is subscribed to a data source, the Data Policies that are applied to that data source determine what data the user sees. Data Policy types include masking, row redaction, differential privacy, and limiting to purpose.<br><br>*See, e.g.,* https://web.archive.org/web/20220524195738/https://documentation.immuta.com/2022.1/appendix/policies/data-policies/#masking-policies (accessed 4/8/2025) |
| **1.6(b)** modification of a read to exclude values to read from the portion of data without excluding values to read from the other portions of data within the database arrangement, or | The Immuta System supports policy-based enforcement on read operations.  When a read request includes both governed (restricted) and unrestricted fields, the system applies masking or transformation logic to the restricted portion while permitting the remaining data to be read.<br><br>**Immuta SQL Access Pattern**<br><br>SQL Access Pattern<br><br>1. User authenticates to the Immuta Query Engine with their Immuta SQL credentials.<br><br>2. User executes a SQL SELECT statement against an Immuta virtual table.<br><br>3. Immuta code in the Query Engine checks with the Immuta service to determine the policy decision (can the user query this table, what rows should be hidden, columns masked, etc).<br><br>   • Immuta manages the subscription; the user **does not** need to have access to the data outside of Immuta.<br><br>   • User attributes from the identity management system used to make the policy decision are cached for the configured latency tolerance on the data source.<br><br>4. The original query is rewritten based on the policy decision.<br><br>*See, e.g.,* https://web.archive.org/web/20220524182650/https://documentation.immuta.com/2022.1/appendix/data-flow/ (accessed 4/8/2025)<br><br>**Data Policies**<br><br>**Audience**: Data Owners and Governors<br><br>**Content Summary**: Data Policies in Immuta are managed and applied to data sources and projects by Data Owners and Governors to restrict access to data. Data Policies can be created both as Global Policies and Local Policies. |

| #<br>Asserted Claim<br>Element | Infringing Elements |
|---|---|
| | Overview<br><br>Once a user is subscribed to a data source, the Data Policies that are applied to that data source determine what data the user sees. Data Policy types include masking, row redaction, differential privacy, and limiting to purpose.<br><br>*See, e.g.,*<br>https://web.archive.org/web/20220524195738/https://documentation.immuta.com/2022.1/appendix/policies/data-policies/#masking-policies (accessed 4/8/2025) |
| **1.6(c)** modification of data returned by the database arrangement responsive to the database request to exclude values read from the portion of data without excluding values read from the other portions of data within the database arrangement; and | The Immuta System modifies data returned by the underlying database before delivering the results to the requesting application.  When a query response includes both permitted and restricted portions of data, Immuta applies masking or transformation policies to exclude access to the restricted values.  These modifications occur dynamically as results are streamed through the Query Engine, allowing Immuta to suppress or replace protected values—e.g., with nulls, constants, or hashed values—while preserving access to the rest of the data in the record set.  This permits a valid response to be returned to the application without removing the unrestricted content, thereby enforcing access control at the field level without compromising the structure or completeness of permitted data.<br><br>Data Policies<br><br>Audience: Data Owners and Governors<br><br>Content Summary: Data Policies in Immuta are managed and applied to data sources and projects by Data Owners and Governors to restrict access to data. Data Policies can be created both as Global Policies and Local Policies.<br><br>Overview<br><br>Once a user is subscribed to a data source, the Data Policies that are applied to that data source determine what data the user sees. Data Policy types include masking, row redaction, differential privacy, and limiting to purpose.<br><br>*See, e.g.,*<br>https://web.archive.org/web/20220524195738/https://documentation.immuta.com/2022.1/appendix/policies/data-policies/#masking-policies (accessed 4/8/2025) |

47.    Immuta is liable under 35 U.S.C. § 271(b) for actively inducing others to infringe the '466 Patent because, among other things, Immuta has marketed, sold, and offered for

sale, and continues to market, sell and offer for sale, the accused Immuta Platform knowing and intending that such platform would be utilized by its customers and third parties in a manner that infringes at least claim 1 of the '466 Patent. To that end, Immuta provided and provides instructions and information, including demonstrations, how-to guides, live demonstrations, documentation, and customer support for customers and third-party users of the Immuta Platform to use and implement the accused platform in an infringing manner.



*See* Immuta.com (last accessed December 23, 2025).

48.    Immuta is liable for contributory infringement under 35 U.S.C. § 271(c), because among other things, Immuta has sold or offered to sale, and continues to sell and/or offer for sale within the United States and/or has imported into the United States the accused Immuta Platform and components thereof constituting material parts of the invention of at least claim 1 of the '466 Patent, that are not staple articles or commodities of commerce suitable or substantial non-infringing use. Immuta has and continues to act, knowing that the accused Platform and components thereof are especially made for or adapted for use in an infringing manner of the '466 Patent. Customers and users have completed larger systems integrating the accused platform in a manner that infringes the '466 Patent.

49.    Immuta had pre-suit knowledge of the '466 Patent at least because of the facts described above.  *See supra*, at ¶¶ 20-32.  Immuta has had knowledge of the '466 Patent at least as of the date of service of this Complaint.

50.    As a direct and proximate result of Immuta's acts of infringement, Immuta has derived and received gains, profits, and advantages.  ALTR has been damaged by Immuta's activities, in an amount to be determined at trial, but in no event less than a reasonable royalty.

51.    Immuta's infringement has been and is willful.  Pursuant to 35 U.S.C. § 284, ALTR is entitled to damages for Immuta's infringing acts and treble damages together with interests, fees and costs as fixed by this Court.

52.    This is an exceptional case.  Pursuant to 35 U.S.C. § 285, ALTRis entitled to recover its reasonable attorneys' fees.

53.    Due to the described infringing acts, ALTR has suffered irreparable injury, for which there is no adequate remedy at law.

54.    Unless enjoined by this Court, Immuta will continue to infringe ALTR's patent rights and cause ALTR further irreparable injury.

## COUNT III
## INFRINGEMENT OF U.S. PATENT NO. 12,476,820

55.    ALTR incorporates by reference and realleges each of the allegations set forth in Paragraph 1-54 above.

56.    Immuta knowingly and intentionally has infringed and continues to infringe the '820 Patent under 35 U.S.C. § 271(a) through, for example, its Immuta Platform employing the Immuta System.

57.    In furtherance of the above, Immuta infringes at least Claim 1 of the '820 Patent as indicated at least by the infringing conduct identified below.

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| **1.0**<br>A tangible, non-transitory, machine-readable medium storing instructions that when executed by one or more processors effectuate operations comprising: | The Immuta System components are stored on tangible, non-transitory machine-readable media, such as computer memory, storage drives, or servers, within Immuta's cloud-hosted SaaS environment or customer-managed infrastructure.  When executed by processors, these instructions perform the described operations for managing sensitive data access.<br><br><br><br>*See, e.g.,* https://www.immuta.com/product/ (accessed 12/23/2025)<br><br><br><br>*See, e.g.,* https://documentation.immuta.com/SaaS/configuration/application-configuration/reference-guides/deployment-options (accessed 12/23/2025) |
| **1.1**<br>receiving, with a computer system, a request to read data stored in a database, the request being received from a | The Immuta System processes and analyzes database read requests in the form of user queries occurring within a customer's data environment and associates those queries with a particular user.  Immuta's documentation explains that the Immuta System "monitors your data environment" and provides dashboards based on "audit events, including user queries."  These "user queries" are requests to read data stored in a database.  The Immuta System processes those query events to provide visibility into "your most active data users," "the most accessed data," and "the events happening |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| computing entity and comprising a user identifier; | within your data environment," which reflects receipt/processing of read-request activity as part of system operation.<br><br>Immuta Detect is a tool that monitors your data environment and provides analytic dashboards in the Immuta UI based on your data use. These dashboards offer visualizations of audit events, including user queries and when Discover classification is enabled, the sensitivity of those queries, data sources, and columns. It can work within your current Immuta integration.<br><br>Immuta Detect continually monitors your data environment to help answer questions about your most active data users, the most accessed data, and the events happening within your data environment. Detect can provide even more value with Discover classification enabled to answer questions about the sensitive data accessed by your users and the tables that contain sensitive data. Because of this information, your organization can do the following:<br><br>• Meet compliance requirements more effectively<br>• Quickly decide what data access is allowed for what purposes<br>• Reduce the effort and time to respond to auditors about data access in your company<br>• Reduce the effort of classifying data within the scope of security or regulatory compliance frameworks<br><br>*See, e.g.,* https://documentation.immuta.com/2024.2/detect-your-activity/detection/reference-guides/detect-concept (accessed 12/23/2025)<br><br>The Immuta System associates each such read request with a user identifier. The documentation states that dashboards reflect "what users are accessing that data," and that the Immuta System uses audit information "for data sources and users registered in Immuta," indicating that the query/read activity is tied to specific, registered users.  The Immuta System further describes use of a "Universal audit model" to capture audit log events relevant to "user and system actions … such as … running queries," again reflecting that query/read events are captured with information sufficient to attribute the action to an actor user (i.e., a user identifier).<br><br>**Universal audit model (UAM)**<br><br>[Immuta's universal audit model (UAM) and export features allow you to export the full audit logs to S3 and ADLS for long-term backup and processing with log data processors and tools. This capability fosters convenient integrations with log monitoring services and data pipelines.<br><br>With UAM, you can specify an S3 bucket destination where Immuta will periodically export audit logs. The events captured are only events relevant to user and system actions that affect Immuta or the integrated data platforms, such as creating data sources and running queries.<br><br>*See, e.g., id.*<br>The request is received from a computing entity because the "user queries" referenced in the documentation originate from external client systems used to submit queries into the data environment (e.g., user applications or query tools), and the Immuta System ingests/processes those queries as audit/query events within its monitoring and security workflows. |
| **1.2**<br>accessing, with the computer system, one or more log entries | The Immuta System maintains and accesses audit logs (log entries) that record prior database read activity (user queries) and associates each such log entry with an identifying user attribute (i.e., a user identifier).  Immuta expressly describes its Universal Audit Model (UAM) as providing "audit logs with a consistent structure for query … events" and states that the |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| associated with prior read requests associated with the user identifier; | events captured are those "relevant to user and system actions … such as … running queries."  Therefore, the Immuta System stores query-event audit logs that correspond to prior read requests. |

**Universal Audit Model (UAM)**

Immuta's universal audit model (UAM) provides audit logs with a consistent structure for query, authentication, policy, project, and tag events from your Immuta users and data sources. You can view the information in these UAM audit logs on the Detect dashboards or export the full audit logs to S3 and ADLS for long-term backup and processing with log data processors and tools. This capability fosters convenient integrations with log monitoring services and data pipelines.

You can specify an S3 bucket destination where Immuta will periodically export audit logs when using S3. When using ADLS, you can specify the container destination where Immuta will export audit logs. If desired, users can configure both export options to export their audit logs to S3 and ADLS simultaneously.

The events captured are events relevant to user and system actions that affect Immuta or the integrated data platforms, such as creating policies or data sources and running queries.

*See, e.g.,* https://documentation.immuta.com/2024.2/detect-your-activity/audit/reference-guides/universal-audit-model-uam (accessed 12/23/2025)

The Immuta System accesses those prior log entries for use in its user/activity visibility features.  For example, Immuta states that "You can view the information in these UAM audit logs on the … dashboards or export the full audit logs … for long-term backup and processing," reflecting that the Immuta System retrieves and uses previously stored audit log entries.

*See, e.g., id.*; https://documentation.immuta.com/2024.2/detect-your-activity/detection/use-dashboards (accessed 12/23/2025)

Immuta's audit logs are user-attributed and include a user identifier within each audit log entry.  In particular, Immuta explains that even when an Immuta user is displayed as "Unknown," the underlying audit log entry still records the user's data platform username in the audit event JSON (specifically at auditPayload.technologyContext.account.username).  This demonstrates that Immuta audit log entries (including those corresponding to user query/read activity) are linked to a user identity value and can be retrieved, filtered, and analyzed on a per-user basis using that identifier.

**Identify users**

While the Immuta user is unknown, the user's Databricks Unity Catalog username can be found within the audit log. To view the user's data platform username:

1. Navigate to the event page.
2. Select **View JSON**.
3. The username can be found in the `auditPayload.technologyContext.account.` `username` field.

*See, e.g.,* https://documentation.immuta.com/2024.2/detect-your-activity/detection/reference-guides/unknown-user (accessed 12/23/2025)

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| **1.3**<br>determining, with the computer system, that at least some of the data to be returned in response to the request is to be obfuscated based on an access policy applicable to a user having the user identifier, the access policy comprising one or more access control rules that define conditions for access to values stored in respective fields of the database; | Immuta's documentation describes policy evaluation that determines, for a given querying user, whether masking or other obfuscation is applied to some portion of query results, including at the level of specific fields. Immuta data policies govern "what users see when they query," including enforcement of column masking and cell masking at query time, and that policy outcomes depend on user context such as user group membership, user attributes, and permitted purposes.<br><br>Data policies manage what users see when they query data in a table they have access to.<br><br>There are three different ways to restrict data with data policies:<br><br>• Row-level: Filter rows from certain users at query time.<br>• Column masking: Mask values in a column at query time.<br>• Cell masking: Mask specific cells in a column based on separate values in the same row at query time.<br><br>*See, e.g.,* https://documentation.immuta.com/2024.2/secure-your-data/authoring-policies-in-secure/data-policies/data-policy-overview (accessed 12/23/2025).<br><br>The Immuta System masks at the field level in the results stream, stating that reversible masking involves "dynamic encryption of individual fields as results are streamed to the querying system."<br><br>**Reversible Masking:** For reversible masking, values are encrypted using AES-256 CBC encryption. Encryption is performed using a cell-specific initialization vector. The resulting values can be unmasked by an authorized user. Note that this is dynamic encryption of individual fields as results are streamed to the querying system; Immuta is not modifying records in the data store.<br><br>*See, e.g.,* https://documentation.immuta.com/2024.2/application-settings/reference-guides/data-processing (accessed 12/23/2025). The obfuscation determination is directed to "values stored in respective fields of the database," and is applied to specific fields in the returned results.<br><br>The Immuta System also performs masking through rule-driven conditional logic, including configurations that apply masking based on stated conditions and scope that masking to specific columns or fields, for example through tags and a masking configuration such as hashing. |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | Add your policy information in a valid YAML file for the V2 API. Additional payload examples for creating policies can be found here:<br><br>name: Conditional Masking<br>policyKey: data conditional masking<br>type: data<br>actions:<br>  - rules:<br>    - type: Masking<br>      config:<br>        fields:<br>          - type: columnTags<br>            columnTag: Discovered.Passport<br>        conditionalPredicate: "@columnTagged('Discovered.Country') = 'USA'"<br>        maskingConfig:<br>          type: Hash<br>circumstanceOperator: all<br>circumstances:<br>    - type: columnTags<br>      columnTag: Discovered.Passport<br>    - type: columnTags<br>      columnTag: Discovered.Country<br><br>*See, e.g.*, https://documentation.immuta.com/latest/developer-guides/the-immuta-cli/policies (accessed 12/23/2025).<br><br>The Immuta System accesses control rules that define conditions under which field values are masked, which is consistent with determining whether, and which, returned values are to be obfuscated for a user associated with the request. |
| **1.4**<br>in response to the determination, causing, with the computer system, a response to the request to comprise data from the database with one or more values in the response obfuscated in accordance with the access control rules; | The Immuta System applies policy decisions at query time so that the query response returned to a requesting user includes database data, while one or more values in the response are masked or otherwise obfuscated according to the applicable policy rules. For example, the Immuta System enforces column masking and cell masking as part of what a user "see[s] when they query," which reflects that the returned results are constructed to include masked values when the applicable data policy requires masking.<br><br>Data policies manage what users see when they query data in a table they have access to.<br><br>There are three different ways to restrict data with data policies:<br><br>• Row-level: Filter rows from certain users at query time.<br>• Column masking: Mask values in a column at query time.<br>• Cell masking: Mask specific cells in a column based on separate values in the same row at query time.<br><br>*See, e.g.*, https://documentation.immuta.com/2024.2/secure-your-data/authoring-policies-in-secure/data-policies/data-policy-overview (accessed 12/23/2025).<br><br>The Immuta System is further configured to implement obfuscation as a transformation of the returned result values, including "dynamic encryption of individual fields as results are streamed to the querying system," which reflects causing the response to comprise database data with one or more values obfuscated. |

| #<br>Asserted Claim<br>Element | Infringing Elements |
|---|---|
| | **Reversible Masking:** For reversible masking, values are encrypted using AES-256 CBC encryption. Encryption is performed using a cell-specific initialization vector. The resulting values can be unmasked by an authorized user. Note that this is dynamic encryption of individual fields as results are streamed to the querying system; Immuta is not modifying records in the data store.<br><br>*See, e.g.*, https://documentation.immuta.com/2024.2/application-settings/reference-guides/data-processing (accessed 12/23/2025).<br><br>The Immuta System also supports expressing and applying masking through rule-based configurations that determine what is masked and how it is masked in the results returned to the requester. For example, the Immuta policy configuration examples include a masking rule with a type: Masking, a conditional predicate, scoping to particular columns via tags, and a maskingConfig such as type: Hash, which reflects applying access control rules to cause the query response to include obfuscated field values.<br><br>Add your policy information in a valid YAML file for the V2 API. Additional payload examples for creating policies can be found here:<br><br>```\nname: Conditional Masking\npolicyKey: data conditional masking\ntype: data\nactions:\n    - rules:\n        - type: Masking\n          config:\n              fields:\n                - type: columnTags\n                  columnTag: Discovered.Passport\n              conditionalPredicate: "@columnTagged('Discovered.Country') = 'USA'"\n              maskingConfig:\n                  type: Hash\ncircumstanceOperator: all\ncircumstances:\n    - type: columnTags\n      columnTag: Discovered.Passport\n    - type: columnTags\n      columnTag: Discovered.Country\n```<br><br>*See, e.g.*, https://documentation.immuta.com/latest/developer-guides/the-immuta-cli/policies (accessed 12/23/2025). |
| **1.5**<br><br>monitoring, with the computer system, a number of read requests associated with the user identifier, each read request having an associated time duration; and | The Immuta System is configured to monitor user query activity by performing automated aggregation and calculation of user activity metrics based on query events, and by evaluating those metrics against configured thresholds within a timeframe.<br><br>Immuta Detect monitors automates manual aggregation and calculation of user activity metrics based on query events. It can then notify you when the metrics exceed your intended operating thresholds. When a user's query activity metric exceeds a configured threshold within a timeframe, Immuta creates an observation that links the user's query audit events that contributed to the breached activity metric. You can specify monitor conditions that work with the information in the query event context to compute each user's activity metrics. Monitors can be configured with multiple thresholds to assign an observation severity which allows you to control the severity of observations Immuta Detect sends a webhook notification for.<br><br>*See, e.g.*, https://documentation.immuta.com/2024.2/detect-your-activity/monitors/detect-monitors-reference-guide (accessed 12/23/2025).<br><br>In this configuration, query events represent database read activity, and the Immuta System computes activity metrics "to compute each user's activity |

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | metrics" and creates an observation that links the "user's query audit events" that contributed to the breached metric, which reflects monitoring a number of read requests on a per-user basis.  *See, e.g., id.* |

The Immuta System is also configured to monitor a count of queries for a user subject to a query duration condition.  The Immuta System supports monitors for "when a user has made more than a set number of queries, each over a specific query duration," and further specifies that, when monitoring the user query count metric, "each query must meet the query duration condition to be included in a user's query count."

**Monitors options**

Monitors can be scoped to individual data sources, all the data sources within a schema, or all registered data sources in Immuta.

Additionally, monitors can selectively assess user activity based on matching conditions in the query event context. You can create monitors for

- when a user accesses more than a set number of rows of data with specific tags or sensitivity.
- when a user has made more than a set number of queries of data with specific tags or sensitivity.
- when a user has made more than a set number of queries, each over a specific query duration.
- when a user has made more than a set number of unauthorized or failed queries against any data source in Immuta.

The query duration option for monitors provides notifications for long-running queries:

- When monitoring the user query count metric, each query must meet the query duration condition to be included in a user's query count. When the user query count metric crosses the monitor thresholds, an observation will be created.
- When monitoring rows accessed, each query must meet the query duration condition for that query row count to be included in the user's rows accessed metric. When the user's rows accessed metric crosses the monitor thresholds, an observation will be created.

*See, e.g., id.*

The Immuta System's monitor configuration includes a "Query Duration" condition that "scopes the monitor to consider the duration of the query," with the duration entered "in seconds."

Create conditions for the monitor to further scope user activities:

   a.  **Query Duration**: This scopes the monitor to consider the duration of the query. Enter the **Query Duration** in seconds.

*See, e.g.*, https://documentation.immuta.com/2024.2/detect-your-activity/monitors/create-monitor (accessed 12/23/2025).

User association for monitored query events is supported by the Immuta System's audit log model, which records user identifiers in audit log JSON. For example, where an audit record displays the user as "Unknown," the Immuta System still stores the user's data platform username in auditPayload.technologyContext.account.username, allowing the query event to remain associated with a user identifier.

| #<br>Asserted Claim Element | Infringing Elements |
|---|---|
| | **Identify users**<br><br>While the Immuta user is unknown, the user's Databricks Unity Catalog username can be found within the audit log. To view the user's data platform username:<br><br>1. Navigate to the event page.<br>2. Select **View JSON**.<br>3. The username can be found in the `auditPayload.technologyContext.account. username` field.<br><br>*See, e.g.*, https://documentation.immuta.com/2024.2/detect-your-activity/detection/reference-guides/unknown-user (accessed 12/23/2025). |
| **1.6**<br>determining, with the computer system, that the number of read requests having time durations that exceed a duration threshold satisfies a count threshold. | The Immuta System evaluates user query activity using monitors that apply a duration threshold and a query count threshold to a set of query events associated with a user. In particular, the Immuta System supports monitors for "when a user has made more than a set number of queries, each over a specific query duration," and, for the "user query count" metric, the Immuta System applies the rule that "each query must meet the query duration condition to be included in a user's query count."<br><br>The query duration option for monitors provides notifications for long-running queries:<br><br>• When monitoring the user query count metric, each query must meet the query duration condition to be included in a user's query count. When the user query count metric crosses the monitor thresholds, an observation will be created.<br>• When monitoring rows accessed, each query must meet the query duration condition for that query row count to be included in the user's rows accessed metric. When the user's rows accessed metric crosses the monitor thresholds, an observation will be created.<br><br>*See, e.g.*, https://documentation.immuta.com/2024.2/detect-your-activity/monitors/detect-monitors-reference-guide (accessed 12/23/2025).<br><br>The Immuta System is further configured to accept monitor parameters that include a Query Duration value (entered in seconds) and one or more thresholds that define when user activity constitutes a threshold breach. For example, the Immuta System's monitor configuration includes a "Query Duration" field that scopes evaluation to query duration, and the monitor configuration workflow includes severity thresholds used for determining whether the computed user query count satisfies the configured threshold level.<br><br>Create conditions for the monitor to further scope user activities:<br><br>a. **Query Duration**: This scopes the monitor to consider the duration of the query. Enter the **Query Duration** in seconds.<br><br>*See, e.g.*, https://documentation.immuta.com/2024.2/detect-your-activity/monitors/create-monitor (accessed 12/23/2025).<br><br>Accordingly, when the Immuta System operates a monitor configured as "more than a set number of queries, each over a specific query duration," it evaluates the set of user query events, applies the duration threshold to determine which queries qualify, counts the qualifying queries, and |

| #<br>Asserted Claim<br>Element | Infringing Elements |
|---|---|
| | determines whether the resulting count satisfies the configured count threshold (for example, a severity threshold within the selected timeframe).<br><br>**Monitors options**<br><br>Monitors can be scoped to individual data sources, all the data sources within a schema, or all registered data sources in Immuta.<br><br>Additionally, monitors can selectively assess user activity based on matching conditions in the query event context. You can create monitors for<br><br>• when a user accesses more than a set number of rows of data with specific tags or sensitivity.<br>• when a user has made more than a set number of queries of data with specific tags or sensitivity.<br>• when a user has made more than a set number of queries, each over a specific query duration.<br>• when a user has made more than a set number of unauthorized or failed queries against any data source in Immuta.<br><br>*See, e.g.*, https://documentation.immuta.com/2024.2/detect-your-activity/monitors/detect-monitors-reference-guide (accessed 12/23/2025). |

58.    Immuta is liable under 35 U.S.C. § 271(b) for actively inducing others to infringe the '820 Patent because, among other things, Immuta has marketed, sold, and offered for sale, and continues to market, sell and offer for sale, the accused Immuta Platform knowing and intending that such platform would be utilized by its customers and third parties in a manner that infringes at least claim 1 of the '820 Patent.   To that end, Immuta provided and provides instructions and information, including demonstrations, how-to guides, live demonstrations, documentation, and customer support for customers and third-party users of the Immuta Platform to use and implement the accused platform in an infringing manner.



*See* Immuta.com (last accessed December 23, 2025).

59.    Immuta is liable for contributory infringement under 35 U.S.C. § 271(c), because among other things, Immuta has sold or offered to sale, and continues to sell and/or offer for sale within the United States and/or has imported into the United States the accused Immuta Platform and components thereof constituting material parts of the invention of at least claim 1 of the '820 Patent, that are not staple articles or commodities of commerce suitable or substantial non-infringing use.  Immuta has and continues to act, knowing that the accused Platform and components thereof are especially made for or adapted for use in an infringing manner of the '820 Patent.  Customers and users have completed larger systems integrating the accused platform in a manner that infringes the '820 Patent.

60.    Immuta had pre-suit knowledge of the '820 Patent at least because of the facts described above.  *See supra*, at ¶¶ 20-32.  Immuta has had knowledge of the '820 Patent at least as of the date of service of this Complaint.

61.    As a direct and proximate result of Immuta's acts of infringement, Immuta has derived and received gains, profits, and advantages.  ALTR has been damaged by Immuta's activities, in an amount to be determined at trial, but in no event less than a reasonable royalty.

62.    Immuta's infringement has been and is willful.  Pursuant to 35 U.S.C. § 284, ALTR is entitled to damages for Immuta's infringing acts and treble damages together with interests, fees and costs as fixed by this Court.

63.    This is an exceptional case.  Pursuant to 35 U.S.C. § 285, ALTR is entitled to recover its reasonable attorneys' fees.

64.    Due to the described infringing acts, ALTR has suffered irreparable injury, for which there is no adequate remedy at law.

65. Unless enjoined by this Court, Immuta will continue to infringing ALTR's patent rights and cause ALTR further irreparable injury.

## PRAYER FOR RELIEF

WHEREFORE, ALTR prays for the following relief:

a. A judgment in favor of ALTR and against Immuta on all claims alleged herein;

b. A judgment that Immuta has infringed and continues to infringe the Asserted Patents;

c. A preliminary and permanent injunction enjoining Immuta, its officers, directors, agents, servants, employees, and attorneys, and those persons in active concert or participation with Immuta, from (1) making, using, selling, offering to sell, and/or importing into the United States the Immuta Platform including the Immuta System or inducing others to use them in an infringing manner, and (2) infringing the Asserted Patents in violation of 35 U.S.C. § 271;

d. An accounting of all Immuta's gains, profits, and advantages derived from its infringement of the Asserted Patents in violation of 35 U.S.C. § 271, and an Order that Immuta pay to ALTR actual damages in the form of lost profits, or in the alternative, other damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the patented inventions by Immuta, in accordance with 35 U.S.C. § 284;

e. An order trebling or otherwise increasing damages pursuant to 35 U.S.C. § 284 because of Immuta's willful infringement;

f.  An order finding this case exceptional under 35 U.S.C. § 285 and ordering Immuta to pay ALTR its reasonable attorneys' fees incurred in this action;

g.  Pre-judgment and post-judgement interest and costs as fixed by the Court; and;

h.  Such other and further relief as this Court may deem just and proper;

## DEMAND FOR JURY TRIAL

Plaintiff ALTR hereby demands a trial by jury on all matters so triable.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Rodger D. Smith II (#3778)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Josh Tucker
Edward A. Cavazos
Steven Tepera
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 W 4th Street, Suite 3200
Austin, TX  78701
(512) 580-9600

December 31, 2025